Joseph OLSON, Monica Olson, Javier Vargas, Plaintiffs–Appellants,

v.

UNITED STATES of America, Defendant–Appellee.

No. 03–15141.

United States Court of Appeals, Ninth Circuit.

Jan. 6, 2006.

Thomas G. Cotter, Haralson, Miller, Pitt, Feldman & McAnally, P.L.C., for the plaintiffs-appellants.

Peter D. Keisler, Mark B. Stern, and Dana J. Martin, Civil Division, Department of Justice, and Paul K. Charlton, United States Attorney, for the defendant-appellee.

* The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade,

Before B. FLETCHER and REINHARDT, Circuit Judges, and RESTANI,* Chief Judge, United States Court of International Trade.

## ORDER

This case is remanded to the district court for further proceedings consistent with the decision of the United States Supreme Court in *United States v. Olson*, — U.S. ——, 126 S.Ct. 510, 163 L.Ed.2d 306 (2005). The plaintiffs-appellants shall be allowed to conduct discovery on whether the United States can be held liable under the Federal Tort Claims Act pursuant to a "private persons" analogy.